# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141418(79)

MELISSA MEREDITH, as Personal
Representative of the Estate of JAMES
TODD MEREDITH, Deceased,
        Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD SOUTHSHORE MEDICAL
CENTER,
        Defendant-Appellee.

SC: 141418
COA: 288507
Wayne CC: 07-729397-NH

_____/

     On order of the Court, the motion for reconsideration of this Court's February 2, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     MARILYN KELLY, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418